IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CACEY COLLEEN COX, and HUNTER BROWN, | |
| Plaintiffs, | 8:22CV249 |
| vs. | MEMORANDUM AND ORDER |
| SHANNON EBEL, LIZ KURZ, and REBECCA HARLING, | |
| Defendants. | |

Plaintiffs Cacey Colleen Cox and Hunter Brown, both non-prisoners, filed Motions for Leave to Proceed in Forma Pauperis. Filing No. 6; Filing No. 7. Upon review of Plaintiffs' Motions, the Court finds that Plaintiffs are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiffs are advised that the next step in their case will be for the Court to conduct an initial review of their claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to update Brown's address to the same address listed for Cox in the Complaint.[1] *See* Filing No. 1.

Dated this 8th day of August, 2022.

BY THE COURT

Joseph F. Bataillon
Senior United States District Court

---

[1] Although Brown failed to comply with this Court's order directing him to update his address, *see* Filing No. 5, according to the envelope in which Brown's motion was sent to the Court and Nebraska public records, Brown also resides at the same address as Cox.